# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ELICEO GUALAN JAPON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE Warden of the Otay Mesa Detention Center; Gregory ARCHAMBEAULT, Director of the San Diego Field Office, United States Immigration and Customs Enforcement; PAM BONDI, Attorney General, United States Department of Justice; KRISTI NOEM, Secretary, United States Department of Homeland Security; TODD LYONS, Acting Director of Unites States Immigration and Customs Enforcement; and DOES 1-5,<br><br>Respondents. | No. 25cv3618-BTM-BJW<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** |

|   |   |
|---|---|
| 1 | Pending before the Court is Petitioner Manuel Eliceo Gualan Japon's petition for a writ of habeas corpus. The Government agrees that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a). The Court agrees and rules that Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a). The immigration judge shall not deny bond on the basis that 8 U.S.C. § 1225 requires detention. |

Respondents must provide Petitioner with a bond hearing no later than December 30, 2025, or release Petitioner from custody. The parties are to provide a status report no later than December 31, 2025. The petition is otherwise stayed pending the bond hearing. The motion for a temporary restraining order is denied as moot. The hearing scheduled for December 22, 2025, is vacated.

The Clerk shall enter judgment in part on the petition for a writ of habeas corpus. The Court retains jurisdiction to enforce the judgment.

**IT IS SO ORDERED.**

Dated: December 20, 2025

_____
Honorable Barry Ted Moskowitz
United States District Judge